# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JAMES PLONSKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 10-cv-2740 |
| CONTACT CENTERS OF AMERICA, LLC | ) ) Judge Milton Shadur |
| Defendant. | ) ) ) Magistrate Judge Maria Valdez ) |

## **AMENDED NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

On **July 13, 2010** at 9:15 a.m.**,** or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Milton B. Shadur presiding, in the Courtroom 2303, the United States District Court for the Northern District, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and there and then present the attached **Contact Centers of America, LLC's Motion to Dismiss The Complaint Pursuant to Rules 12(B)(2) and 12(B)(3), Or in the Alternative, §1404 Motion to Transfer and Supporting Memorandum of Law.**

Dated: July 8, 2010

/s W. Kent Carter

W. Kent Carter, Esq. (6242646)
Hannah L. Kaplan (6294370)
Clark Hill PLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601
(312) 985-5900
wcarter@clarkhill.com
hkaplan@clarkhill.com
Attorney for Contact Centers of America, LLC.

6637294.1 29238/136277

## CERTIFICATE OF SERVICE

I, W. Kent Carter, an attorney, do hereby certify that I caused a copy of this Notice of Motion to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on July 8, 2010.

/s W. Kent Carter

William Kent Carter (wcarter@clarkhill.com)
Hannah L. Kaplan (hkaplan@clarkhill.com)
CLARK HILL PLC
150 N. Michigan Ave, Suite 2400
Chicago, IL 60601
Telephone No.: (312) 985-5900

## SERVICE LIST

*Via* **Electronic Filing**
Marshall J. Burt, Esq.
Andrew J. Cohen, Esq.
77 West Washington Street
Suite 1900
Chicago, IL 60602
(212) 419-1999
*Attorneys for James Plonsker*

**6637294.1 29238/136277**